UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
ESTHER SMITH, Individually And On Behalf Of
All Others Similarly Situated,

       Plaintiff,

   -v-

LOCAL 819 I.B.T. PENSION PLAN, and THE
BOARD OF TRUSTEES OF THE LOCAL 819
I.B.T. PENSION PLAN

       Defendants.
--------------------------------------------------x
--------------------------------------------------x
THE BOARD OF TRUSTEES OF THE
TEAMSTERS LOCAL 819 PENSION FUND,
Individually and On Behalf Of The TEAMSTERS
LOCAL 819 PENSION FUND,

       Third-Party Plaintiffs,

   -v-

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, INC.,

       Third-Party Defendant.
--------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-09

00 CIV 781 (LMM)

**SUBSTITUTION OF COUNSEL**

SO ORDERED:

7-27-09

DATE    VICTOR MARRERO, U.S.D.J.

    The undersigned do hereby consent to the substitution of Wiseman & Hoffmann as

counsel for the Defendants and Third-Party Plaintiffs in place of Cary Kane LLP.

For Defendants and Third-Party Plaintiffs

By: _____
Andrew S. Hoffmann (ASH5517
Wiseman & Hoffman
450 Seventh Avenue, Suite 1400
New York, New York 10016   10123
(212) 686-2110

Dated: 7/21/09

Dated: 7/21/09

By: _____
Charles Pergue(CP 5619)
Cary Kane LLP
1350 Broadway, Suite 815
New York, New York 10018
(212) 868-6300

Dated: 7-27-09

16004-1